```
 1  OTTO O. LEE, #173987
    MARIE GRACE CAPUYAN, #226862
 2  INTELLECTUAL PROPERTY LAW GROUP LLP
    12 South First Street, Twelfth Floor
 3  San Jose, California 95113
    Telephone: (408) 286-8933
 4  Facsimile: (408) 286-8932

 5  Attorneys for Plaintiff
    JAMES E. YOUNG
 6

 7  MARK H. PENSKAR, #77725
    CLIFFORD J. GLEICHER, #172735
 8  PACIFIC GAS AND ELECTRIC COMPANY
    P.O. Box 7442
 9  San Francisco, CA  94120
    Telephone: (415) 972-5672
10  Facsimile: (415) 973-5520

11  Attorneys for Defendant
    PACIFIC GAS AND ELECTRIC COMPANY
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/7/05*

| | |
|---|---|
| JAMES E. YOUNG, an individual, | Case No.: C04-03958 RMW |
| Plaintiff, | JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, a corporation, and Does 1 through 40, inclusive, | |
| Defendants. | |

Plaintiff James E. Young and Defendant Pacific Gas and Electric Company, through their respective attorneys of record, hereby stipulate that the Case Management Conference scheduled for July 29, 2005 be continued to ~~September 30~~ October 14, 2005. The parties are actively engaged in settlement discussions. Accordingly, the parties request a continuance of all their current deadlines in this action.

Dated: June 21, 2005          By: /s/ Otto O. Lee
                                  Otto O. Lee
                                  INTELLECTUAL PROPERTY LAW
                                  GROUP LLP

                                  Attorneys for Plaintiff
                                  JAMES E. YOUNG

Dated: June 28, 2005          By: /s/ Clifford J. Gleicher
                                  Clifford J. Gleicher
                                  PACIFIC GAS AND ELECTRIC
                                  COMPANY

                                  Attorneys for Defendant
                                  PACIFIC GAS AND ELECTRIC
                                  COMPANY

## COURT ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is hereby rescheduled to October 14, ~~September 30~~, 2005 in 6 at 10:30 am.

Dated: 7/7/05                    /s/ Ronald M. Whyte

                                 UNITED STATES DISTRICT JUDGE

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113