OTTO O. LEE, #173987
MARIE GRACE CAPUYAN, #226862
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
JAMES E. YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/7/05

| | |
|---|---|
| JAMES E. YOUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a corporation, and Does 1 through 40, inclusive,<br><br>Defendants. | Case No.: C04-03958 RMW<br><br>**NOTICE OF TERMINATION OF REPRESENTATION AND PROPOSED ORDER** |

PLEASE TAKE NOTICE that the Estate of JAMES E. YOUNG, on behalf of Plaintiff James Young and Young Enterprises ("Plaintiff") terminates the representation of Michael Brooks Carroll of the Law Offices of Michael Brooks Carroll, 300 Montgomery Street, Suite 415, San Francisco, California 94104 as his attorney of record in this action, effective as to the date of this filing.

///

///

///

///

///

Notice and Substitution of Attorney
Civil Action No.: C04-03958 RMW

1

| | | |
|---|---|---|
| 1 | Dated: July 1st, 2005 | By: /s/ Lilia J. Young |
| 2 | | Lilia Young |
| 3 | | Title: Executor of the Young Estate |
| 4 | Dated: July 1st, 2005 | By: /s/ Otto Lee |
| 5 | | |
| 6 | | Otto O. Lee |
| | | INTELLECTUAL PROPERTY LAW GROUP LLP |
| 7 | | |
| 8 | | Attorneys for Plaintiff |
| | | JAMES E. YOUNG |

## COURT ORDER

IT IS SO ORDERED that the above termination of representation of attorney is hereby noted and approved with the Court.

Dated: 7/7/05

/S/ RONALD M. WHYTE

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY MAIL

I am a resident of the United States, employed in the county of Santa Clara. I am over the age of eighteen (18) and not a party to the within action. My business address is: 12 South First Street. Twelfth Floor, San Jose, California 95113.

I certify that on July 1, 2005, I caused one copy of the foregoing NOTICE AND TERMINATION OF REPRESENTATION OF ATTORNEY AND PROPOSED ORDER to be electronically filed with:

U.S. District Court, Northern District of California (San Jose)

280 South 1st Street

San Jose, CA 95113                                        Telephone No.: 408-535-5363

I also certify that on July 1, 2005, I caused one copy of the foregoing NOTICE AND SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER to be served on the interested party(s) in this action at their last known address by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael Brooks Carroll, Esq.

Law Offices of Michael Brooks Carroll

300 Montgomery Street, Suite 415                          Telephone: 415-788-7600

San Francisco, California 94104                           Facsimile: 415-421-7379


Lilia Young

1265 Thiel Road

Hayward, CA. 94544                                        Telephone: 510-784-0582


[X]     BY FACSIMILE TRANSMISSION: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for each party above and obtained confirmation of complete transmittal thereof.

Notice and Substitution of Attorney
Civil Action No.: C04-03958 RMW

1  [X]  <u>BY MAIL IN THE ORDINARY COURSE OF BUSINESS</u>  I am readily familiar with the
2  business practice for the collection and processing of correspondence for mailing with the United
3  States Postal Service and the fact that the correspondence would be deposited with the United States
4  Postal Service that same day in the ordinary course of business; on this date the above-referenced
5  correspondence was placed for deposit at 12 South First Street, Twelfth Floor, San Jose, California
6  95113, and placed for collection and mailing following ordinary business practices.
7
8  [X]  (State) I declare under penalty of perjury under the laws of the State of California that the
9  above is true and correct.
10
11  [X]  (Federal) I certify under the penalty of perjury that the foregoing is true and correct, and that I
12  am employed in the office of a member of the Bar of this Court at whose direction the service was
13  made.
14
15  Executed on July 1, 2005 at San Jose, California.

*/s/ Vincent Chen*

Vincent Chen

Notice and Substitution of Attorney
Civil Action No.: C04-03958 RMW

4