OTTO O. LEE, #173987
MARIE GRACE CAPUYAN, #226862
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
JAMES E. YOUNG

MARK H. PENSKAR, #77725
CLIFFORD J. GLEICHER, #172735
PACIFIC GAS AND ELECTRIC COMPANY
P.O. Box 7442
San Francisco, CA 94120
Telephone: (415) 972-5672
Facsimile: (415) 973-5520

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/12/05*

| | |
|---|---|
| JAMES E. YOUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a corporation, and Does 1 through 40, inclusive,<br><br>Defendants. | Case No.: C04-03958 RMW<br><br>JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

Plaintiff James E. Young and Defendant Pacific Gas and Electric Company, through their respective attorneys of record, hereby stipulate that the Case Management Conference scheduled for October 14, 2005 be continued to January 13, 2006. The parties are actively engaged in settlement discussions. Accordingly, the parties request a continuance of all their current deadlines in this action.

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Civil Action No.: C04-03958 RMW

1

Dated: September 28th, 2005      By: _____
                                      Otto O. Lee
                                      INTELLECTUAL PROPERTY LAW
                                      GROUP LLP

                                      Attorneys for Plaintiff
                                      JAMES E. YOUNG

Dated: September 21, 2005        By: _____
                                      Clifford A. Gleicher
                                      PACIFIC GAS AND ELECTRIC
                                      COMPANY

                                      Attorneys for Defendant
                                      PACIFIC GAS AND ELECTRIC
                                      COMPANY

## COURT ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is hereby rescheduled to January 13, 2006 in 6 at 10:30 am.

Dated: 10/12/05                       /S/ RONALD M. WHYTE
                                      _____
                                      UNITED STATES DISTRICT JUDGE