1  OTTO O. LEE, #173987
2  MARIE GRACE CAPUYAN, #226862
   INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
3  San Jose, California 95113
   Telephone: (408) 286-8933
4  Facsimile: (408) 286-8932

5  Attorneys for Plaintiff
   JAMES E. YOUNG
6

7  MARK H. PENSKAR, #77725
   CLIFFORD J. GLEICHER, #172735
8  PACIFIC GAS AND ELECTRIC COMPANY
   P.O. Box 7442
9  San Francisco, CA 94120
   Telephone: (415) 972-5672
10 Facsimile: (415) 973-5520

11 Attorneys for Defendant
   PACIFIC GAS AND ELECTRIC COMPANY
12

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15                      SAN JOSE DIVISION

16                                                *E-FILED - 12/23/05*

17 JAMES E. YOUNG, an individual,        Case No.: C04-03958 RMW
18
           Plaintiff,                    JOINT STIPULATION TO CONTINUE
19                                       THE CASE MANAGEMENT
                                         CONFERENCE AND [PROPOSED]
20     vs.                               ORDER

21 PACIFIC GAS AND ELECTRIC COMPANY,
   a corporation, and Does 1 through 40, inclusive,
22
           Defendants.
23

24     Plaintiff James E. Young and Defendant Pacific Gas and Electric Company, through their

25 respective attorneys of record, hereby stipulate that the Case Management Conference scheduled for

26 January 13, 2006 be continued to April 14, 2006. The parties are actively engaged in settlement

27 discussions. Accordingly, the parties request a continuance of all their current deadlines in this

28 action.

1
2   Dated: December 21, 2005                By: _____
3                                                Otto O. Lee
                                                 INTELLECTUAL PROPERTY LAW
4                                                GROUP LLP
5
                                                 Attorneys for Plaintiff
6                                                JAMES E. YOUNG
7   Dated: December 20, 2005                By: _____
8                                                Clifford J. Gleicher
                                                 PACIFIC GAS AND ELECTRIC
9                                                COMPANY
10
                                                 Attorneys for Defendant
11                                               PACIFIC GAS AND ELECTRIC
                                                 COMPANY
12
13
14                              **COURT ORDER**
15        PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
16  Conference is hereby rescheduled to April 14, 2006 in 6 at 10:30 am.
17
18  Dated: 12/23/05                              /S/ RONALD M. WHYTE
                                                 _____
19                                               UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Civil Action No.: C04-03958 RMW

2