OTTO O. LEE, #173987
MARIE GRACE CAPUYAN, #226862
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
JAMES E. YOUNG


MARK H. PENSKAR, #77725
CLIFFORD J. GLEICHER, #172735
PACIFIC GAS AND ELECTRIC COMPANY
P.O. Box 7442
San Francisco, CA 94120
Telephone: (415) 972-5672
Facsimile: (415) 973-5520

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/12/06*

| | |
|---|---|
| JAMES E. YOUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a corporation, and Does 1 through 40, inclusive,<br><br>Defendants. | Case No.: C04-03958 RMW<br><br>JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

Plaintiff James E. Young and Defendant Pacific Gas and Electric Company, through their respective attorneys of record, hereby stipulate that the Case Management Conference scheduled for April 14, 2006 be continued to June 16, 2006. The parties are actively engaged in settlement discussions. Accordingly, the parties request a continuance of all their current deadlines in this action.

| | | |
|---|---|---|
| Dated: March 23, 2006 | By: | _(signature)_ <br> Otto O. Lee <br> INTELLECTUAL PROPERTY LAW GROUP LLP <br><br> Attorneys for Plaintiff <br> JAMES E. YOUNG |
| Dated: March 23, 2006 | By: | _(signature)_ <br> Clifford J. Gleicher <br> PACIFIC GAS AND ELECTRIC COMPANY <br><br> Attorneys for Defendant <br> PACIFIC GAS AND ELECTRIC COMPANY |

## COURT ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is hereby rescheduled to June 16, 2006 in 6 at 10:30 am. No further continuance.

Dated: 4/12/06

/s/ Ronald M. Whyte

UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Civil Action No.: C04-03958 RMW

2